MARY S. EDRIDGE, Respondent, *v.* CHARLES B. KENNING,
Appellant.

(Argued October 23, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court, in the fifth judicial department, entered upon an order
made February 2, 1891, which affirmed a judgment in favor
of plaintiff entered upon a decision of the court on trial at
Special Term.

*F. L. & J. E. Durand* for appellant.

*Theodore Bacon* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

———————

MILO HOWELL, Respondent, *v.* THE JOSEPH EDWARDS
DREDGING COMPANY, Appellant.

(Submitted October 27, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made February 11, 1891, which affirmed a judgment in favor
of plaintiff, entered upon a verdict and affirmed an order deny-
ing a motion for a new trial.

*Alfred Jaretzki* for appellant.

*Hatch & Warren* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.